IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

ANTHONY WAYNE MANGUM,            )
                                 )
                 Petitioner,     )
                                 )
           v.                    )   1:13CV967
                                 )   1:06CR58-1
UNITED STATES OF AMERICA,        )
                                 )
                 Respondent.     )

ORDER

On September 21, 2015, the United States Magistrate Judge's Recommendation was filed and notice was served on Petitioner pursuant to 28 U.S.C. § 636. Petitioner filed objections [Doc. #107] to the Recommendation pursuant to Section 636. Petitioner subsequently filed a document entitled "Motion, State Confidential Information to Support Petitioner Filings" [Doc. #108], raising various UCC-related contentions.

The Court has reviewed Petitioner's objections and supplemental information *de novo* and finds they do not change the substance of the United States Magistrate Judge's Recommendation [Doc. #105], which is affirmed and adopted. To the extent Petitioner has filed a Motion as part of his UCC-related contentions, that Motion is without basis and will be denied.

IT IS THEREFORE ORDERED that Petitioner's Motion to vacate, set aside or correct sentence [Doc. #98] is DENIED, that Petitioner's "Motion, State Confidential Information to Support Petitioner Filings" [Doc. #108] is DENIED, and this action is DISMISSED, and that, finding no substantial issue for appeal concerning the denial of a constitutional right affecting the conviction, nor a debatable procedural ruling, a certificate of appealability is DENIED.

This the 24th day of January, 2017.

/s/ N. Carlton Tilley, Jr.
Senior United States District Judge

2

Case 1:06-cr-00058-NCT   Document 109   Filed 01/24/17   Page 2 of 2